# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Antwon Walls

                Plaintiff,

v.                                            Case No.: 1:25−cv−13290
                                                  Honorable Steven C. Seeger

Kafene, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion to seal the application to proceed in forma pauperis (Dckt. No. [8]) is hereby denied. There is a strong presumption of openness in court proceedings, and IFP applications are no exception. A courthouse is a public forum. A party who wants to take advantage of public resources, without having to pay fees that every other member of the public has to pay, should have to tell the public why. Plus, the information in the IFP application is not particularly sensitive, and will not make Plaintiff vulnerable to identity fraud or any other mischief. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.